Order issued September 28, 2012



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-10-01647-CV

**MENDY WELLBORN, Appellant**

**V.**

**FERRELL ENTERPRISES, INC., ET AL., Appellees**

# ORDER

Before Justices Bridges, Francis, and Lang

We **DENY** appellant's August 23, 2012 motion for rehearing.

DAVID L. BRIDGES
JUSTICE